```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Shirley Gatto, et al.,<br><br>　　　　　Defendants. | Case Number 21-4728 HSG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER. |

Plaintiff Richard Sepulveda, and defendant Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (and successor in interest to Wilhelmina A. Hughes) ("Defendant"), by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendant is Michael C. Crosby), hereby stipulate as follows:

1. Plaintiff has entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice with regard to Defendant Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (successor in interest to Wilhelmina A. Hughes, who is deceased), and defendant Shirley Gatto, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendant Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (successor in interest to Wilhelmina A. Hughes).

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with

respect to all parties. Simultaneously with this stipulation, plaintiff is filing a dismissal as against defendant Shirley Gatto, who did not file an answer.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                                    1/14/2022

Law Offices of Crosby and Crosby – By: Michael C. Crosby /s/ Michael C. Crosby

Attorney for Defendant Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (successor in interest to Wilhelmina A. Hughes)                                                    1/14/2022

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on January 14, 2022, I, Richard A. Mac Bride, the attorney of record for Plaintiff herein, received the concurrence of attorney Michael C. Crosby, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Shirley Gatto, et al., Case No. C 21-4728 HSG, is dismissed with prejudice with respect to all parties, with each party to bear his own attorney's fees and costs.

Date: January 18, 2022

*Haywood S. Gilliam Jr.*

Haywood S. Gilliam, Jr.
United States District Judge